**Fill in this information to identify the case**

Debtor name    **Celeritas Chemicals, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)    **16-42136**

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.    **Cash on hand**

_____

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Frost Bank** | **Checking account** | 5  4  3  0 | $1,491.95 |

4.    **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.    **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

$1,491.95

### Part 2:    Deposits and prepayments

6.    **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

Debtor **Celeritas Chemicals, LLC**                    Case number (if known) **16-42136**
_____
Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7.** **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

8.1. **Credit on vendor account with The Warehouse USA LLC** _____ **$1,086.00**

**9.** **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.        | **$1,086.00** |

## Part 3: Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.** **Accounts receivable**

11a. 90 days old or less: ____**$0.00**____ — ____**$0.00**____ = ............→  ____**$0.00**
                          face amount          doubtful or uncollectible accounts

11b. Over 90 days old:  ____**$0.00**____ — ____**$0.00**____ = ............→  ____**$0.00**
                          face amount          doubtful or uncollectible accounts

**12. Total of Part 3**
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.        | **$0.00** |

## Part 4: Investments

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                              % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

**17. Total of Part 4**
   Add lines 14 through 16. Copy the total to line 83.        | **$0.00** |

## Part 5: Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| Debtor | **Celeritas Chemicals, LLC** | Case number (if known) | **16-42136** |
| | Name | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **Guar gum, Xanthum gum, chloride chemicals** | | | | **Unknown** |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | **$0.00** |

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| | |
|---|---|
| | **$0.00** |

**34. Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

Debtor   **Celeritas Chemicals, LLC**
_____   Case number (if known)   **16-42136**
Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles**  _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 8:   Machinery, equipment, and vehicles**

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | $0.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

---

| Debtor | **Celeritas Chemicals, LLC** | Case number (if known) | **16-42136** |
|---|---|---|---|
| | Name | | |

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

### Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

---

### Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **Domain Name: celeritaschemicals.com** | | | **Unknown** |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

---

Debtor   **Celeritas Chemicals, LLC**                                     Case number (if known)   **16-42136**
_____                           _____
Name

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ☒  No
  ☐  Yes

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐  No.  Go to Part 12.
  ☒  Yes.  Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71.  **Notes receivable** |  |  |
| Description (include name of obligor) |  |  |
| 72.  **Tax refunds and unused net operating losses (NOLs)** |  |  |
| Description (for example, federal, state, local) |  |  |
| 73.  **Interests in insurance policies or annuities** |  |  |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |  |
| **Claim against Euler Hermes North America Insurance Company** |  | **$1,250,000.00** |
| Nature of claim | **Claim under insurance contra** |  |
| Amount requested | **$1,250,000.00** |  |
| **Claims for Alter Ego, Fraudulent Transfer against PrimeNA, Snap Holdings, Percy Pinto** |  | **Unknown** |
| Nature of claim | **Litigation Claims** |  |
| Amount requested |  |  |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |  |
| 76.  **Trusts, equitable or future interests in property** |  |  |
| 77.  **Other property of any kind not already listed**  _Examples:_ Season tickets, country club membership |  |  |
| **Judgment against Al-Kel Alliance, Inc., Prime Pack, Inc. and Maxxum Technologies, LLC** |  | **$341,935.16** |
| **Judgment against Smith Oil Company Inc.** |  | **$2,191,392.71** |
| 78.  **Total of Part 11.**<br>Add lines 71 through 77.  Copy the total to line 90. |  | **$3,783,327.87** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
  ☒  No
  ☐  Yes

Debtor  **Celeritas Chemicals, LLC**                                    Case number (if known)  **16-42136**
  _____                                                           _____
  Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$1,491.95** | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | **$1,086.00** | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83.  **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88.  **Real property.** *Copy line 56, Part 9*..............................................➔ | | **$0.00** |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + **$3,783,327.87** | |
| 91.  **Total.**  Add lines 80 through 90 for each column.  91a. | **$3,785,905.82** | 91b. **$0.00** |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92................................................................................................  **$3,785,905.82**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Celeritas Chemicals, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-42136** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name** JPMorgan Chase Bank, N.A. | **Describe debtor's property that is subject to a lien** All Inventory, Equipment, and General Intangibles | $905,547.52 | $1,250,000.00 |
| **Creditor's mailing address** PO Box 33035 | **Describe the lien** Goods and/or Services | | |
| Louisville        KY    40232 | **Is the creditor an insider or related party?** ☑ No   ☐ Yes | | |
| **Creditor's email address, if known** | | | |
| **Date debt was incurred**    05/2012 | **Is anyone else liable on this claim?** ☐ No   ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | | | |
| **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $995,897.59

| Debtor | **Celeritas Chemicals, LLC** | Case number (if known) **16-42136** |
| --- | --- | --- |

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral** |
| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. | | Do not deduct the value of collateral. | **that supports this claim** |

| **2.2** | **Creditor's name**<br>**Pennington Hill, LLP** | **Describe debtor's property that is subject to a lien** | **$90,350.07** | **$0.00** |
| --- | --- | --- | --- | --- |

**Creditor's mailing address**
**509 Pecan Street, Suite 101**

**Describe debtor's property that is subject to a lien**

**All Claims Against Smith Oil, Inc.**

**Describe the lien**

**Goods and/or Services**

**Fort Worth**          **TX**    **76102**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor   **Celeritas Chemicals, LLC**                        Case number (if known) **16-42136**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Vincent Lopez Serafino Jenevein, P.C.** | Line  **2.1** | ___ ___ ___ ___ |
| **Attn: K. Mark Vincent, Esq.** | | |
| **1601 Elm Street, Suite 4100** | | |
| **Dallas**            **TX**     **75201** | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

Debtor     **Celeritas Chemicals, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **16-42136**
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,920.48** | **$3,920.48**

**Arlington ISD**

**100 E. Weatherford Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Worth**     **TX**    **76196**

**Basis for the claim:**
**Property Taxes**

Date or dates debt was incurred
**2014 - 2015**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

**2.2**   **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,768.66** | **$20,768.66**

**City of La Porte**

**PO Box 3547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**     **TX**    **77253-3547**

**Basis for the claim:**
**Property Taxes**

Date or dates debt was incurred
**2014**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __   __ __   __ __   __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

| Debtor | **Celeritas Chemicals, LLC** | Case number (if known) | **16-42136** |
|---|---|---|---|

---

## Part 1:  Additional Page

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

### 2.3  Priority creditor's name and mailing address

**Dallas County Tax Assessor**

**500 Elm Street**

**Dallas          TX      75202**

**Total claim** $769.71   **Priority amount** $769.71

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Property Taxes**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 2.4  Priority creditor's name and mailing address

**Harris County**

**PO Box 3547**

**Houston          TX      77253-3547**

**Total claim** $16,689.30   **Priority amount** $16,689.30

**Date or dates debt was incurred**

**2014**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Property Taxes**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

### 2.5  Priority creditor's name and mailing address

**La Porte ISD**

**PO Box 3547**

**Houston          TX      77253-3547**

**Total claim** $43,877.46   **Priority amount** $43,877.46

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Property Taxes**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **Celeritas Chemicals, LLC** | Case number (if known) | **16-42136** |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.6**  Priority creditor's name and mailing address

**San Jacinto Community College District**

**1001 Preston, 1st Floor**

| **Houston** | **TX** | **77002** |
|---|---|---|

Date or dates debt was incurred

**2005**

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Property Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,474.40**        **$5,474.40**

**2.7**  Priority creditor's name and mailing address

**Tarrant County**

**100 E. Weatherford Street**

| **Fort Worth** | **TX** | **76196** |
|---|---|---|

Date or dates debt was incurred

**2014 - 2015**

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Property Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,282.66**        **$2,282.66**

| Debtor | **Celeritas Chemicals, LLC** | | Case number (if known) | **16-42136** |
|---|---|---|---|---|

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

### 3.1

**Nonpriority creditor's name and mailing address**

**Acid Connection**

**4755 Alpine Road, Ste. 150-B**

**Stafford**          **TX**      **77477**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim: $42,900.90**

### 3.2

**Nonpriority creditor's name and mailing address**

**Apex Resources Inc. d/b/a Aquisol Inc.**

**5546 Shepherdsvillle Road**

**Louisville**          **KY**      **40228**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim: $625,000.00**

### 3.3

**Nonpriority creditor's name and mailing address**

**AT&T Mobility**

**PO Box 78522**

**Phoenix**          **AZ**      **85062-8522**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim: $105.77**

### 3.4

**Nonpriority creditor's name and mailing address**

**Bank Direct**

**PO Box 809017**

**Dallas**          **TX**      **75380-9779**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Goods and/or Services**

**Date or dates debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim: $1,427.65**

Debtor    **Celeritas Chemicals, LLC**                                    Case number (if known)    **16-42136**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$663.00** |
|---|---|---|---|

**BYK Additives**

**Lausitzer Strasse 8**

**82538 Geretsried**

**Germany**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | **$36,520.00** |
|---|---|---|---|

**Hangzhou Jingyi Chemical Co., Ltd**

**Lanjin No.1, Lanjin Industry Park**

**Hangzhou, Zhejiang**

**China (Mainland) / 233010**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | **$1,616.00** |
|---|---|---|---|

**Landrum & Evans, PC**

**215 W. Franklin St., #300**

**Waxahachie        TX        75165**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | **$918.33** |
|---|---|---|---|

**Leaf Capital Funding, LLC**

**PO Box 644006**

**Cincinnait        OH        45264-4006**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Celeritas Chemicals, LLC** | Case number (if known) | **16-42136** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address

**Manidhari Gums & Chemicals**

**Khasra No. 247/2, Tanawara Industrial**

**Salawas Road**

**Jodhpur 342804**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$1,181,886.59**

**3.10** Nonpriority creditor's name and mailing address

**National Telesystems, Inc.**

**10525 Newkirk Street, #220**

**Dallas**            **TX**    **75220**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$188.36**

**3.11** Nonpriority creditor's name and mailing address

**Pruitt's Frac Tanks South Texas LLC**

**177 State Highway 72**

**Yorktown**          **TX**    **78164**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$20,875.00**

**3.12** Nonpriority creditor's name and mailing address

**Ruchi Soya Industries, Ltd.**

**Universal Trade Tower, 3rd Floor**

**Sohna Road, Sector 49**

**Gurgaon - 122 018**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Goods and/or Services**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$1,430,000.00**

| Debtor | **Celeritas Chemicals, LLC** | Case number (if known) | **16-42136** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** | Nonpriority creditor's name and mailing address

**Shannon Gracey**

**500 N. Akard St., #2500**

**Dallas**                    **TX**      **75201**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

$47,550.52

---

**3.14** | Nonpriority creditor's name and mailing address

**Smith Oil Co., Inc.**

**2100 Ross Avenue, Suite 750**

**Dallas**                    **TX**      **75201**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.15** | Nonpriority creditor's name and mailing address

**Stim Teq, LLC**

**17015 Park Row**

**Houston**                  **TX**      **77084**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Goods and/or Services**

Is the claim subject to offset?
☒ No
☐ Yes

$7,250.00

---

**3.16** | Nonpriority creditor's name and mailing address

**The Warehouse USA**

**2704 Handley Ederville Road**

**Fort Worth**                **TX**      **76118**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Lease-Notice Only**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

| Debtor | **Celeritas Chemicals, LLC** | Case number (if known) | **16-42136** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

As of the petition filing date, the claim is:
*Check all that apply.*

$777.60

**Zeno Imaging**

☐ Contingent

**14320 Midway Road., Suite 100**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

| **Farmers Branch** | **TX** | **75244** |
| --- | --- | --- |

**Goods and/or Services**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Celeritas Chemicals, LLC**                                         Case number (if known)   **16-42136**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **Blanchard, Walker, O'Quin & Roberts** **Attn: Thomas Arceneaux, Esq.** **Attn: Rebecca S. Luster Radford, Esq.** **PO Drawer 1126** **Shreveport        LA      71163** | Line _____ ☒ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.2**  **BoyarMiller** **Attn: Lee A. Collins, Esq.** **4265 San Felipe Road, Suite 1200** **Houston            TX     77027** | Line **3.12** ☐ Not listed.  Explain: | __ __ __ __ |
| **4.3**  **Daniel J. Snooks, Esq.** **11550 Fuqua, Suite 370** **Houston            TX     77034** | Line **2.6** ☐ Not listed.  Explain: | __ __ __ __ |
| **4.4**  **Euler Hermes North American** **  Insurance Company** **6363 North State Hwy 161, Ste. 450** **Irving              TX     75038** | Line _____ ☒ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.5**  **Heygood, Orr & Pearson** **Attn: James Craig Orr, Jr., Esq.** **6363 North State Hwy 161, Ste. 450** **Irving              TX     75038** | Line _____ ☒ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.6**  **Jameson and Dunagan, P.C.** **Attn: Christopher J. Jameson, Esq.** **3890 W. Northwest Highway, Ste. 600** **Dallas             TX     75220** | Line **3.2** ☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Celeritas Chemicals, LLC**                                        Case number (if known)   **16-42136**

---

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Kessler & Collins, P.C.** **Attn: Daniel P. Callahan, Esq.** **2100 Ross Avenue, Suite 750** **Dallas                TX      75201** | Line   **3.14** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.8 | **Kramer & Associates** **401 Hackensack Ave., Ninth Floor** **Hackensack            NJ      07601** | Line   **3.8** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.9 | **Law Office of Grant S. Goens, P.L.L.C.** **Attn: Grant S. Goens, Esq.** **2301 Forest Lane, Suite 304** **Garland               TX      75042** | Line   _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.10 | **Linebarger Goggan Blair & Sampson, LLP** **Attn: Stephen T. Meeks, Esq.** **100 Throckmorton, Suite 300** **Fort Worth            TX      76102** | Line   **2.7** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.11 | **Linebarger Goggan Blair & Sampson, LLP** **Attn: Pankaj R. Parmar, Esq.** **PO Box 3064** **Houston               TX      77253-3064** | Line   **2.4** ☐ Not listed.  Explain: | __ __ __ __ |
| 4.12 | **Percy Pinto** **600 Rustic Ridge Court** **Southlake             TX      76092** | Line   _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.13 | **Perdue, Brandon, Fielder, Collins & Mott** **Attn: Elizabeth Wiehle, Esq.** **1235 North Loop West, Suite 600** **Houston               TX      77008** | Line   **2.5** ☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Celeritas Chemicals, LLC**                                    Case number (if known)    **16-42136**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.14** | **Perdue, Brandon, Fielder, Collins & Mott** | Line  **2.2** | __ __ __ __ |
| | **Attn: Elizabeth Wiehle, Esq.** | ☐ Not listed.  Explain: | |
| | **1235 North Loop West, Suite 600** | | |
| | **Houston                    TX        77008** | | |
| **4.15** | **Perdue, Brandon, Fielder, Collins & Mott** | Line  **2.1** | __ __ __ __ |
| | **Attn: Elena Fernandez, Esq.** | ☐ Not listed.  Explain: | |
| | **Attn: Charles E. Brady, Esq.** | | |
| | **500 East Border St., Suite 640** | | |
| | **Arlington                TX        76010** | | |
| **4.16** | **Taylor & Taylor, PC** | Line  **3.12** | __ __ __ __ |
| | **Attn: William D. Taylor, Esq.** | ☐ Not listed.  Explain: | |
| | **4115 Highgrove Drive** | | |
| | **Arlington                TX        76001** | | |
| **4.17** | **Taylor Advisors, P.C.** | Line  _____ | __ __ __ __ |
| | **Attn: Terry A. Taylor, Esq.** | ☑ Not listed.  Explain: | |
| | **4812 Cranbrook Drive West** | **Notice Only** | |
| | **Colleyville              TX        76034** | | |
| **4.18** | **The Law Office of Paul C. Miniclier** | Line  **3.9** | __ __ __ __ |
| | **Attn: Paul C. Miniclier, Esq.** | ☐ Not listed.  Explain: | |
| | **1305 Dublin Street** | | |
| | **New Orleans              LA        70118** | | |
| **4.19** | **Wiener, Weiss & Madison** | Line  **3.14** | __ __ __ __ |
| | **Attn: R. Joseph Naus, Esq.** | ☐ Not listed.  Explain: | |
| | **PO Box 21990** | | |
| | **Shreveport              LA        71120-1990** | | |

Debtor    **Celeritas Chemicals, LLC**                                    Case number (if known)    __16-42136__

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $93,782.67 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $3,397,679.72 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$3,491,462.39** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Celeritas Chemicals, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-42136**          Chapter   **11** |

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.   Does the debtor have any executory contracts or unexpired leases?**

☐   No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2.   List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Contract for storage of inventory Contract to be ASSUMED** | **The Warehouse USA** |
|---|---|---|---|
| | | | **2704 Handley Ederville Road** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Worth          TX      76118** |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Celeritas Chemicals, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>16-42136</strong></td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors                                              12/15

**Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Percy Pinto** | **600 Rustic Ridge Court**<br>Number   Street<br><br>**Southlake**   **TX**   **76092**<br>City   State   ZIP Code | **JPMorgan Chase Bank, N.A.** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **Percy Pinto** | **600 Rustic Ridge Court**<br>Number   Street<br><br>**Southlake**   **TX**   **76092**<br>City   State   ZIP Code | **Manidhari Gums & Chemicals** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 **Primena Technologies, Inc.** | **600 Rustic Ridge Court**<br>Number   Street<br><br>**Southlake**   **TX**   **76092**<br>City   State   ZIP Code | **Ruchi Soya Industries, Ltd.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 **Primena Technologies, Inc.** | **600 Rustic Ridge Court**<br>Number   Street<br><br>**Southlake**   **TX**   **76092**<br>City   State   ZIP Code | **Manidhari Gums & Chemicals** | ☐ D<br>☑ E/F<br>☐ G |

Debtor  **Celeritas Chemicals, LLC**                                Case number (if known)  **16-42136**

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** |

|  | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| **2.5** | **Snap Holdings, LLC** | **600 Rustic Ridge Court**<br>Number        Street<br><br>**Southlake**　　　　　**TX**　　**76092**<br>City　　　　　　State　ZIP Code | **Manidhari Gums & Chemicals** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  **Celeritas Chemicals, LLC**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF TEXAS**

Case number (if known):  **16-42136**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1:  Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
       Copy line 88 from Schedule A/B................................................................................ | **$0.00**

    1b.  **Total personal property:**
       Copy line 91A from Schedule A/B.............................................................................. | **$3,785,905.82**

    1c.  **Total of all property:**
       Copy line 92 from Schedule A/B................................................................................ | **$3,785,905.82**

## Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D................. | **$995,897.59**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ | **$93,782.67**

    3b.  **Total amount of claims of non-priority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... | **+ $3,397,679.72**

4.  **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................................................. | **$4,487,359.98**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Celeritas Chemicals, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **16-42136**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/05/2016**           X **/s/ Percy Pinto** _____
            MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                    **Percy Pinto** _____
                                    Printed name
                                    **Managing Member** _____
                                    Position or relationship to debtor